IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MANUEL DIDIEL DEL RIO GUEVARA,       *

         Petitioner,       *

v.                       Case No. 7:26-cv-00083-WLS-ALS

                       *

WARDEN IRWIN COUNTY DETENTION
CENTER,                   *

         Respondents.       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 11th day of May, 2026.

                       David W. Bunt, Clerk

                       s/ Raven K. Alston, Deputy Clerk